IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J. K. B., MOTHER OF P. A. A.,
MINOR CHILD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-3669

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Opinion filed November 14, 2014.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

J. K. B., pro se, Appellant.

Dwight O. Slater, Children's Legal Services, Department of Children and Families,
Tallahassee, Kelley Schaeffer, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.